# Third District Court of Appeal

## State of Florida

Opinion filed May 26, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1578
Lower Tribunal No. F08-39203
_____

**Yoel Padron-Garcia,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, William Altfield, Judge.

Yoel Padron-Garcia, in proper person.

Ashley Moody, Attorney General, for appellee.

Before MILLER, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>Williams v. State</u>, 186 So. 3d 989, 993 (Fla. 2016) (finding that consecutive sentencing is permissible but not mandatory); <u>Witt v. State</u>, 387 So. 2d 922, 931 (Fla. 1980) (holding that a change in the law will not apply retroactively "unless the change: (a) emanates from [the Florida Supreme Court] or the United States Supreme Court, (b) is constitutional in nature, and (c) constitutes a development of fundamental significance"); <u>Osei v. State</u>, 226 So. 3d 1077, 1078 (Fla. 1st DCA 2017) (applying <u>Witt</u> and explaining that in cases of statutory interpretation that are "not 'constitutional in nature' . . . <u>Williams</u> does not apply retroactively to cases such as Appellant's that were final when <u>Williams</u> was decided").